**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION**

| | | |
|---|---|---|
| **2223 LOMBARDY WAREHOUSE, LLC AND BROADWAY LINDBERGH, LLC** | § § § | |
| *Plaintiffs,* | § | |
| | § | **CIVIL ACTION** |
| **VS.** | § | **NO. 3:17-cv-02795-D** |
| | § | |
| **MOUNT VERNON FIRE INSURANCE COMPANY AND JAMES GREENHAW** | § § § § | |
| *Defendants.* | | |

**PLAINTIFFS' AND DEFENDANTS' AGREED MOTION FOR
MODIFICATION OF THE COURT'S SCHEDULING DEADLINES**

TO THE HONORABLE JUDGE OF SAID COURT:

Plaintiffs, 2223 Lombardy Warehouse, LLC and Broadway Lindbergh, LLC

("Plaintiffs") and Defendants Mount Vernon Fire Insurance Company and James

Greenhaw file this Motion for Modification of the Court's Scheduling Deadlines pursuant

to FED. R. CIV. P. 16(b) and respectfully show the Court as follows:

1.      This Court entered a Scheduling Order on January 11, 2018 setting deadlines for

all parties to follow.

2.      The parties now seek to extend the following deadlines set forth in the Scheduling

Order as follows:

   a.   Plaintiffs' deadline to supplement expert reports/rebuttal reports is now on
        September 19, 2018;

    b.      Defendant's deadline to supplement expert reports/rebuttal reports is now on October 19, 2018;

    c.      Discovery Deadline is November 14, 2018.

    d.      Dispositive Motion deadline is November 14, 2018.

3.      This motion is not made for delay, but for good cause. Defendants deposed Plaintiffs' corporate representative and experts on September 19, 2018. Now the parties are attempting to schedule the depositions of Defendant's corporate representative and James Greenhaw. The parties are also working together to schedule mediation in early November and have contacted Burdin Mediation in Dallas to accomplish that goal.

4.      Plaintiffs and Defendants have worked together during the discovery phase of this case but as you can see from above need additional time to prepare each parties case to fully adjudicate all claims and defenses.

5.      Respectfully, the parties seek additional time to submit supplemental expert reports, take depositions, file dispositive motions, and conduct discovery in general.

      WHEREFORE, Plaintiffs and Defendants respectfully requests that this Court extend the deadlines as set forth above.

Respectfully submitted,

**PRESTON DUGAS LAW FIRM, PLLC**
309 W. 7th Street, Suite 1100
Fort Worth, Texas 76102
Telephone:    (817) 945-3061
Facsimile:    (682) 219-0761
Email: preston@pjdlawfirm.com


By:/s/*Preston J. Dugas III*
PRESTON J. DUGAS III
State Bar No. 24050189

**ATTORNEY FOR PLAINTIFFS**


*/s/Daniel P. Buechler*
Daniel P. Buechler
dbuechler@thompsoncoe.com
Roy Mathews
rmathews@thompsoncoe.com

**THOMPSON, COE, COUSINS & IRONS,
L.L.P.**
700 N. Pearl Street, 25th Floor
Dallas, Texas 75201
Tel:    214.871.8200
Fax:    214.871.8209

**ATTORNEY FOR DEFENDANT**