IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| 2223 LOMBARDY WAREHOUSE LLC et al., | § § § | |
| Plaintiffs, | § § | |
| v. | § § | Civil Action No. 3:17-CV-2795-D |
| MOUNT VERNON FIRE INSURANCE COMPANY, | § § § § | |
| Defendant. | § | |

## ORDER

The mediator has advised the court that the parties have settled this case. Accordingly, this case is administratively closed for statistical purposes without prejudice to its being reopened to enter a judgment or order of dismissal or for further proceedings if the settlement is not consummated.

**SO ORDERED**.

April 15, 2019.

*[signature]*
SIDNEY A. FITZWATER
SENIOR JUDGE